# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

FILED OCT 2 3 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
MCB DEPUTY

TO: ☐ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Larry Alan Burns

| FROM: S. Dunbar, Deputy Clerk | RECEIVED DATE: July 14, 2020 |
|---|---|
| CASE NO. 20-mc-00741-LAB | DOC FILED BY: Ephriam Girma |
| CASE TITLE: In Re Redemption of Ephriam Girma On and for the behalf of the United States ||
| DOCUMENT ENTITLED: Demand for Redemption ||

Upon the submission of the attached document(s), the following discrepancies are noted:

This is not an acceptable miscellaneous case type per 4.03(a)(1) of the District Clerks' Guide, unless otherwise ordered by the Court. (Pursuant to the Guide to Judiciary Policy - Section 650.10, filing fee refunds are prohibited even if the Court dismisses the case or proceeding.).

Document not signed as required by Fed. R. Civ. P. 11(a).

Filer has not stated a cognizable claim.

Date Forwarded: July 14, 2020

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☐ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☒ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: October 21, 2020        CHAMBERS OF: The Honorable Larry Alan Burns

cc: All Parties               By: _Larry A. Burns_